UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| ANNAMARIE TYSON, SHIRLEY A. MAYON, LINDA F. LACOUR, PEGGY J. STREETMAN, LILLIE H. ANDERSON, SANDY JO BERNARD, GRACE CARDWELL, <br><br> Plaintiffs. <br> v. <br><br> INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action <br> No. 04-11343-GAO |

---

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 6, 2004               Respectfully submitted,
   Boston, Massachusetts

                                  /s/Matthew J. Matule
                                  Matthew J. Matule (BBO #632075)
                                  SKADDEN, ARPS, SLATE,
Of Counsel:                          MEAGHER & FLOM LLP
Barbara Wrubel                    One Beacon Street
Katherine Armstrong               Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,             (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                    Counsel for Defendant
                                   Boehringer Ingelheim Pharmaceuticals, Inc.